

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

ENTERED
02/23/2010

|  |  |
|---|---|
| IN RE | ) |
| KIM ANN HORVATH, | ) CASE NO. 09-80002-G3-13 |
| Debtor, | ) |

## ORDER TO SHOW CAUSE

On December 8, 2009, the court held a hearing on the "Objection by Debtor to Proof of Claim Filed By Small Business Administration" (Docket No. 50). At the hearings, counsel for Debtor was directed to submit affidavits. No affidavits having been filed, it is

ORDERED that Debtor's counsel, G. Michael Sharp, shall appear, on March 9, 2010, at 2:00 p.m., in Courtroom 401, 515 Rusk, and show cause why the Debtor's "Objection by Debtor to Proof of Claim Filed By Small Business Administration" (Docket No. 50) should not be dismissed.

Signed at Houston, Texas on this _____ day of _____, 2010.

FEB 2 3 2010

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE